

# NUMBER 13-18-00058-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**GORDON DEAN HALEY AND ANTON SCOTT
HALEY, INDEPENDENTLY AND AS
INDEPENDENT CO-EXECUTORS OF
THE ESTATE OF MARGARET L. HALEY,**                    **Appellants,**

**v.**

**BENEFICIAL FINANCIAL I INC., SUCCESSOR
BY MERGER TO BENEFICIAL TEXAS, INC.,**                    **Appellee.**

---

### On appeal from the 94th District Court
### of Nueces County, Texas.

---

# O R D E R

### Before Justices Benavides, Hinojosa, and Perkes
### Order Per Curiam

On September 13, 2019, appellants Anton Scott Haley and Gordon Dean Haley filed notices of bankruptcy in this appeal. According to the notices, appellants filed bankruptcy petitions on August 5, 2019, and August 6, 2019, respectively, in the United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division.

Upon the filing of a bankruptcy petition, an automatic stay becomes effective which prohibits the commencement or continuation of any judicial action or proceeding against the debtor and any property within the debtor's bankruptcy estate. *See* 11 U.S.C.A. § 362(a). Pursuant to Rule 8.2 of the Texas Rules of Appellate Procedure, this appeal is suspended. *See* TEX. R. APP. P. 8.2.

Accordingly, this appeal is ABATED until further order of this Court. Any documents filed subsequent to the bankruptcy petition will remain pending until the appeal is reinstated. The parties are directed to take such action as is appropriate to advise the Court of any change in the status of the bankruptcy proceeding which would affect the status of this appeal, including but not limited to, the filing of a motion to reinstate pursuant to Texas Rule of Appellate Procedure 8.3. *See id.* 8.3.

PER CURIAM

Delivered and filed the
24th day of September, 2019.

2